UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| WEST WARREN-VIOLA UTILITY DISTRICT, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:12-cv-17 |
| AMERICAN ALTERNATIVE INSURANCE CORPORATION, | ) ) ) ) | Chief Judge Mattice |
| | ) | Magistrate Judge Carter |
| Defendant. | ) ) | |

## ORDER GRANTING JOINT MOTION FOR REMAND TO STATE COURT

Upon the agreement of the parties as reflected in their Joint Motion for Remand to State Court, the Court finds that as of March 15, 2012, Plaintiff amended its state court complaint to clarify that damages in this matter will not exceed $43,000.00. Since the stipulated maximum amount of damages recoverable ($43,000.00) is below the jurisdictional amount, the Court finds that the basis for federal diversity jurisdiction is removed and that this action should be remanded to state court.

It is therefore ORDERED that this matter is remanded to the Circuit Court for Warren County, Tennessee for further proceedings.

_____
Harry S. Mattice, Jr.

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been delivered via U.S. Mail, postage prepaid, to Robert W. Newman, Galligan & Newman, Counsel for Plaintiff, P.O. Box 289, McMinnville, Tennessee 37111 on this the 20th day of March, 2012.

                                         <u>/s/ Lisa M. Carson</u>
                                         Lisa M. Carson